<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 03-6221**

_____

ENGRAM M. BELLAMY,

                                              Plaintiff - Appellant,

    versus

MICHAEL M. CLATTERBUCK, Magistrate,

                                           Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-02-1133)

_____

Submitted:  November 17, 2003        Decided:  May 26, 2004

_____

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Engram M. Bellamy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Engram M. Bellamy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Bellamy's motion for appointment of counsel and affirm on the reasoning of the district court. <u>See</u> <u>Bellamy v. Clatterbuck</u>, No. CA-02-1133 (W.D. Va. Nov. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>